UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-03967-DKW-PD Date: July 20, 2026

Title *L.I. v. Markwayne Mullin, et al.*

Present: The Honorable: Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** **Order Directing Respondents to File a Response to Petitioner's Motion to Proceed Under Pseudonym**

On July 15, 2026, Petitioner filed a motion to proceed under pseudonym in this federal habeas action challenging his detention by immigration authorities. Dkt. No. 3. This motion has been referred to the Magistrate Judge for determination. Dkt. No. 8.

Respondents shall file a response to the motion to proceed under pseudonym by **July 23, 2026**.

**IT IS SO ORDERED**.