UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-03967-DKW-PD Date: July 22, 2026

Title *L.I. v. Markwayne Mullin, et al.*

Present: The Honorable: Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** **Order Directing Respondents to File a Response to Petitioner's Application for Leave to File Under Seal**

On July 20, 2026, Petitioner filed an application for leave to file under seal. Dkt. No. 10. This has been referred to the Magistrate Judge. Dkt. No. 13.

Respondents shall file a response to the application for leave to file under seal by **July 23, 2026**.

**IT IS SO ORDERED**.